**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darlene ECKLES, Defendant–**
**Appellant.**

No. 12–7603.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Darlene Eckles, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

* Although the district court granted Eckles § 3582 relief, the reduction granted by the

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darlene Eckles appeals the district court's order granting her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Eckles*, No. 5:05–cr–00009–RLV–DCK–5 (W.D.N.C. Aug. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

court did not reduce her sentence to the full extent requested.